On review from the Court of Appeals* of a petition for review allowed May 25, and on a motion for summary reversal, or, in the alternative, remand to the Court of Appeals for reconsideration; petitioner on review's alternative motion to remand allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for reconsideration September 23, 1993

## STATE OF OREGON,
*Petitioner on Review,*

*v.*

## CODY HOWARD JOHNSON,
*Respondent on Review.*

(CC 91C-20029; CA A71708; SC S40144)

858 P2d 139

Robert B. Rocklin, Assistant Attorney General, Salem, filed the petition and motion for petitioner on review. With him on the petition and motion were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

David C. Degner, Deputy Public Defender, Salem, filed a response to the motion for respondent on review.

MEMORANDUM OPINION

Petitioner on review's alternative motion to remand is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of Oregon Laws 1993, chapter 692.

---

* Appeal from Marion County Circuit Court, Rodney W. Miller, Judge. 117 Or App 529, 844 P2d 935 (1992).